1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Donald Paradiso
   Nevada State Bar No. 12845
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
   Email:  donald.paradiso@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Capriotti's Sandwich Shop, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVE SALTA, | Case No. 2:18-cv-00976-MMD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUTION CONFERENCE** |
| CAPRIOTTI'S SANDWICH SHOP, INC. and DOES 1-50, inclusive | **(First Request)** |
| Defendants. | |

Defendant CAPRIOTTI'S SANDWICH SHOP, INC. ("Defendant"), by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff EVE SALTA ("Plaintiff"), by and through her counsel, Watkins & Letofsky, LLP, hereby stipulate and agree to reschedule the Early Neutral Evaluation currently scheduled for September 12, 2018 to September 20, 2018.

Defendant's representative with settlement authority will be out of the country from September 10 through and including September 14, 2018. After meeting and conferring with one another and confirming with chambers, the parties were able to stipulate to a new setting. Accordingly, the parties and their counsel have stipulated to reset the Early Neutral Evaluation on September 20, 2018.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 17th day of July, 2018.

| WATKINS & LETOFSKY LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Theresa M. Santos* | */s/ Donald P. Paradiso* |
| Daniel R. Watkins, Bar #11881 | Deverie J. Christensen, Bar #6596 |
| Theresa M. Santos, Bar #9448 | Donald P. Paradiso, Bar #12845 |
| 8215 S. Eastern Ave., Suite 265 | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Eve Salta* | *Capriotti's Sandwich Shop, Inc.* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on September 12, 2018 is rescheduled to September 20, 2018. Plaintiff shall report to chambers by 8:30 am. Defendant shall report to chambers at 9:00 am.

_____
U.S. Magistrate Judge

Dated: July 18, 2018

4825-6933-5917, v. 1