Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
TSantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297
*Attorneys for Plaintiff, Eve Salta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVE SALTA, | Case No.: 2:18-cv-00976-MMD-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CAPRIOTTI'S SANDWICH SHOP, INC. and DOES 1-50, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff EVE SALTA (hereinafter "Plaintiff") and Defendant CAPRIOTTI'S SANDWICH SHOP, INC., (hereinafter "Defendant") by and through their undersigned counsel, that all claims Plaintiff had or may have against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

///

///

///

Each party to bear its own fees and costs.

DATED this 28th day of November, 2018.    DATED this 11th day of ~~November~~ December, 2018.

WATKINS & LETOFSKY, LLP.                   JACKSON LEWIS, LLP.

_____           _____
Daniel R. Watkins, Esq.                    Donald P. Paradiso, Esq.
Nevada State Bar No. 11881                 Nevada State Bar No. 12845
Theresa M. Santos, Esq.                    JACKSON LEWIS, LLP.
Nevada State Bar No. 9448                  3800 Howard Hughes Pkwy., Ste. 600
8215 S. Eastern Ave., Ste. 265            Las Vegas, NV 89169
Las Vegas, NV 89123                        *Attorneys for Defendant Capriotti's Sandwich*
*Attorneys for Plaintiff,*                 *Shop, Inc.*
*EVE SALTA*

### ORDER

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated: December 12, 2018